### JOHN T. MILLER ET AL. v. B. R. SAPPINGTON.

(No. 1644, Op. Book No. 3, p. 549.)

APPEAL from Bexar County.   Opinion by WHITE, P. J.

§ 176. *Appeal bond from justice's court.* The condition of the bond was, "that the said Miller & Hendricks shall prosecute their said appeal to effect, and shall pay and satisfy any judgment that may be rendered against them in said suit." *Held*, to be in substantial compliance with the statute. [Gen. Laws 1876, p. 163, sec. 21; R. S. art. 1639; Gen. Laws 18th Leg. p. 91; Reid v. Fernandez, 52 Tex. 379.]

Reversed and remanded.